IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | 4:06CV3285 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DUSTY BRYNER, individually and | ) | |
| in his official capacity as a police | ) | |
| officer for the CITY OF ALLIANCE; | ) | |
| DARRIN KREMER, individually and | ) | |
| in his official capacity as a police | ) | |
| officer for the CITY OF ALLIANCE; | ) | |
| JOHN KISS, individually and | ) | |
| in his official capacity as a police | ) | |
| officer for the CITY OF ALLIANCE; | ) | |
| JOHN DOE One through Ten; and | ) | |
| THE CITY OF ALLIANCE, | ) | |
| NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

     IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

December 6, 2006          BY THE COURT:

                                    *s/ Richard G. Kopf*
                                    United States District Judge

Dockets.Justia.com