IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | 4:06CV3285 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DUSTY BRYNER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE; DARRIN KREMER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE; JOHN KISS, individually and in his official capacity as a police officer for the CITY OF ALLIANCE; JOHN DOE One through Ten; and THE CITY OF ALLIANCE, NEBRASKA, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 2) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

December 6, 2006          BY THE COURT:

                                             *s/ Richard G. Kopf*
                                             United States District Judge