```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTY BRYNER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE, DARRIN KREMER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE, JOHN KISS, individually and in his official capacity as police chief for the CITY OF ALLIANCE, ALLIANCE, CITY OF, and JOHN DOE 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

   IT IS ORDERED:

   Pending resolution of the motion for protective order, filing 25, the subject deposition shall not take place.

   DATED this 9th day of July, 2007.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge