IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| v. | ) | |
| DUSTY BRYNER, et al., | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

The deadline for the parties' reports on mediation pursuant to paragraph 10 of the progression order is extended to December 3, 2007.

DATED this 1st day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge