```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JAMES CHRISTOPHER SCHMIDT,      )
                                )
              Plaintiff,        )         4:06CV3285
                                )
       v.                       )
                                )
DUSTY BRYNER, et al.,           )         ORDER
                                )
              Defendants.       )
                                )
```

IT IS ORDERED:

A telephone conference for the purpose of discussing discovery and trial scheduling is set for November 7, 2007 at 9:00 a.m. central time. Plaintiff's counsel shall initiate the call.

DATED this 5th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge