IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTY BRYNER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE, DARRIN KREMER, Individually and in his official capacity as a police officer for the CITY OF ALLIANCE, JOHN KISS, Individually and in his official capacity as police chief for the CITY OF ALLIANCE, CITY OF ALLIANCE, and JOHN DOE 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion to extend deadline, filing 41, is granted, and defendants' expert disclosure deadline is extended to March 14, 2008.

Experts may be deposed on or before March 28, 2008.

In all other respects the extant progression deadlines remain in effect.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge