IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| | ) | |
| V. | ) | |
| | ) | |
| DUSTY BRYNER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE, DARRIN KREMER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE, JOHN KISS, individually and in his official capacity as police chief for the CITY OF ALLIANCE, ALLIANCE, CITY OF, and JOHN DOE 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) ) | |

The plaintiff has advised the court that he does not oppose the defendant's motion to extend the deadline for filing motions for summary judgment, filing 43.

IT THEREFORE HEREBY IS ORDERED:

1. The defendants' motion to extend the deadline for filing summary judgment motions, filing 43, is granted.

2. Motions for summary judgment shall be filed on or before March 1, 2008.

DATED this 28th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge