IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTY BRYNER, individually | ) | ORDER |
| and in his official capacity | ) | |
| as a police officer for the | ) | |
| CITY OF ALLIANCE; DARRIN | ) | |
| KREMER, individually and in | ) | |
| his official capacity as a | ) | |
| police officer for the CITY | ) | |
| OF ALLIANCE; JOHN KISS, | ) | |
| individually and in his | ) | |
| official capacity as police | ) | |
| chief for the CITY OF | ) | |
| ALLIANCE; JOHN DOE One | ) | |
| through Ten; and THE CITY OF | ) | |
| ALLIANCE, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

        The court has been advised that the parties in the above-caption matter have reached a settlement of their claims.

        Accordingly,

        IT IS ORDERED:

        (1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and provide a draft order which will fully dispose of the case to the undersigned magistrate judge.

        (2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

        (3)  This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 25th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge