IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES CHRISTOPHER SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3285 |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTY BRYNER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE; DARRIN KREMER, individually and in his official capacity as a police officer for the CITY OF ALLIANCE; JOHN KISS, individually and in his official capacity as police chief for the CITY OF ALLIANCE; JOHN DOE One through Ten; and THE CITY OF ALLIANCE, NEBRASKA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

The parties' stipulation for dismissal, filing 51, is approved and this matter is dismissed with prejudice, each party to pay their own costs, complete record waived.

DATED this 7th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge